ROSSITER W. RAYMOND, Respondent, v. FRANK L. FERGUSON, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Thomas, Stapleton, Rich and Putnam, JJ., concured; Jenks, P. J., not voting.

WILLIAM H. SIEBER, Respondent, v. JOSHUA S. ALPHONSUS, Appellant.— No adequate ground appears to reject this verdict. For the loss of the leg, a verdict of $3,000 only indicates that the jury gave proper weight to defendant's claim that the surgeons should have earlier amputated. There was no error in the refusal to charge that plaintiff's failure to report back to defendant would relieve him from liability, as such omission would only be in mitigation. (*Du Bois* v. *Decker*, 130 N. Y. 325.) The other exceptions taken do not present reversible error. Judgment and order unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

SPRINGFIELD L. I. CEMETERY SOCIETY, Respondent, v. LOUIS HERMAN and BARBARA HERMAN, Appellants.— Appeal dismissed on consent in open court, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

ROBERT HELLYER, Respondent, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, and Others. Appellants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

JOSEPHINE KNAPP LESTER, Appellant, v. GEORGE B. LESTER, Respondent.— We hereby fix the hearing of this appeal for the 5th day of March, 1917. Provided that the appeal then be argued or then be submitted, the present motion is denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MINKOWITZ, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BISHOP REDMOND, Appellant.— Motion to dispense with printing the record on appeal denied, except as to the exhibits (including the record of the trial of *Barker* v. *Barker*), the originals of which may be submitted on the hearing. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNIE EPSTEIN, Relator, v. GEORGE PATTEN, Acting Detective Sergeant, etc., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the March calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.